UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| E.A., b/n/f EDWARD A., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00266-ALM |
| § | |
| FRISCO INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## ORDER APPROVING SETTLEMENT

Pending before the Court is the Joint Motion for Approval of Settlement (the "Motion" - Dkt. #54), which the Court finds should be and is hereby GRANTED.

E.A. (Minor), b/n/f Edward A. (Plaintiff) and Defendant Frisco Independent School District (collectively the Parties) seek approval of the settlement reached by the Parties for the benefit of Plaintiff and Minor, on whose behalf the Court appointed Michele Ratcliffe as guardian ad litem (Dkt. #49). Having considered the information provided by the Parties along with the report and recommendation of Ms. Ratcliffe (Dkt. #52), the Court is of the opinion that the settlement reached by the Parties (attached as Exhibit 1 to the Motion) is well taken and should be approved by the Court.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that the settlement reached by the Parties as outlined in the submission of the Parties and in the report and recommendation of Ms. Ratcliffe (Dkt. #52) is hereby approved by the Court. The parties have memorialized the settlement as evidenced in Exhibit 1 to the Motion.

It is further **ORDERED, ADJUDGED, AND DECREED** by the Court that Michele Ratcliffe, a practicing attorney before this Court who was heretofore appointed guardian ad litem for E.A. by Order of this Court, is hereby awarded a reasonable fee for her services including costs, which shall be taxed as costs against Defendant Frisco Independent School District in the total amount of $2,987.84.

All relief not previously granted is hereby DENIED.

The Clerk is directed to close this civil action.

**SIGNED this 1st day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE